681 A.2d 746

Nicholas J. **PALLOTTO,** Respondent,

v.

**BOARD OF SCHOOL DIRECTORS OF NORTH CLARION COUNTY SCHOOL DISTRICT,** Petitioner.

Supreme Court of Pennsylvania.

Sept. 5, 1996.

## ORDER

PER CURIAM:

AND NOW, this 5th day of September, 1996, the Petition for Allowance of Appeal is GRANTED only as to the issue of whether the Commonwealth Court erred in ruling that petitioner's failure to raise a specific objection as to the jurisdiction of the trial court constituted a waiver of that issue on appeal pursuant to Rule 302(a) of the Pennsylvania Rules of Appellate Procedure.

NEWMAN, J., did not participate in the consideration or decision of this matter.